IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60106
Conference Calendar
_____


MELVIN JAMES,

                                        Plaintiff-Appellant,

versus

KIRK FORDICE, GOVERNOR;
BILLY MCGEE; RICK FORTE; TIM CARTER,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 2:94-CV-227-PG
- - - - - - - - - -
June 17, 1998

Before DAVIS, PARKER, and DENNIS, Circuit Judges.

PER CURIAM:[*]

    Melvin James, prisoner # 219425, appeals the dismissal of

his civil rights action for failure to state a claim upon which

relief could be granted.  The Mississippi officials had the legal

authority for the extradition of James and Mississippi state law

does not provide a fugitive with a right to a hearing.  See U.S.

Const. Art. IV, § 2, cl. 2; Miss. Code Ann. §§ 99-21-1 to -11

(1972).  Furthermore, a person is not entitled to a pretransfer

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

evidentiary hearing under 18 U.S.C. § 3182.  See <u>Good v. Allain</u>, 646 F. Supp. 1029, 1031 (S.D. Miss. 1986), <u>aff'd in part and modified on other grounds in part</u>, 823 F.2d 64, 66 (5th Cir. 1987).  James can prove no set of facts which would entitle him to relief.  The district court did not err in dismissing James' complaint.

AFFIRMED.